DLM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHANNON KELLY, Plaintiff, | : | |
| v. | : | C.A. No. 08- |
| VERIZON SERVICES CORP. Defendant. | : | CA 08 282 T |

**PETITION FOR REMOVAL**

Defendant Verizon Services Corp. ("Verizon"), for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, states as follows:

1. **State Court Action.** Plaintiff Shannon Kelly ("Plaintiff") filed a complaint against Verizon on or about June 23, 2008 in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC08-4297, on the docket of said Court and being a suit by Shannon Kelly ("Plaintiff") against Verizon.

2. **Federal Jurisdiction.** As alleged in paragraph 3 of the Complaint, Plaintiff is a resident of the State of Rhode Island. Verizon is a Delaware corporation with its principal place of business in Virginia. Accordingly, complete diversity exists between the parties. Furthermore, the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has subject matter jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

3. **Timeliness of Removal Petition.** Verizon was served with a copy of the Complaint on July 8, 2008. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. **Relief Requested.** Verizon respectfully requests that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof. Pursuant to 28 U.S.C. § 1446(a), copies of all process and pleadings served upon Defendant are attached as Exhibit A. Certified copies of the entries in the Superior Court docket will be filed in connection with Defendant's Local Rule 81(b) Statement.

VERIZON SERVICES CORP.

By its Attorneys,

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 28th day of July, 2008, I caused a true copy of the within Petition for Removal to be served by first class mail, postage prepaid, to the following counsel of record:

Carly Beauvais Iafrate, Esq.
129 Dyer Street
Providence, RI 02903



PRV 965996.1