# EXHIBIT A

June 16, 2006

Ms. Shannon Kelly
(Redacted)

Subject: Full Day Absence Beginning April 28, 2006

Dear Shannon Kelly,

Your FMLA has been denied and MetLife has informed us that they are unable to justify your disability claim. Since your claim is denied, you are expected to return to work.

Your Supervisor has attempted to contact you by phone (redacted) and has been unable to do so. A voice mail was left with you on Thursday, June 15, 2006 at 3:45pm. You are expected to return to work, on your next scheduled day, following the receipt of this letter. Failure to comply could result in discipline up to and including separation from the payroll/company.

If I can be of any assistance to you, please call me at 401-277-4400.

Melissa Archer
MCO Manager