UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Shannon Kelly,
Plaintiff

v. CA No. 08-282S

Verizon Services Corp.,
Defendant

**ORDER OF RECUSAL**

I hereby recuse myself from participation in this litigation.

By Order:

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

DATE: 8/8/08