UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHANNON KELLY,<br><br>Plaintiff,<br><br>v.<br><br>VERIZON SERVICES CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 08-282-S |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Verizon Services Corporation states that it is a wholly-owned subsidiary of Verizon Communications Inc. and that no other publicly-traded corporation owns 10% or more of Verizon Services Corporation stock.

VERIZON SERVICES CORP.

By its Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)
rripple@eapdlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 13, 2008.

/s/ Raymond M. Ripple
Raymond M. Ripple